IRVING TRUST COMPANY, as Trustee under Agreement Made by ADA M. LEUPP, Dated March 2, 1931, Respondent, v. HELEN R. LAHENEY, Appellant, "JOHN" LAHENEY, Said Name "John" Being Fictitious, etc., Defendant; STATE TITLE AND MORTGAGE COMPANY and Another, Respondents; PRATT & LAMBERT, INC., and Others, Defendants.—Action to foreclose a mortgage. Judgment entered on

a decision in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.